| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Crabtree, Daniel D. | 2. Court or Organization<br><br>United States District Court, District of Kansas | 3. Date of Report<br><br>08/05/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States District Judge, nominee | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination    Date 08/01/2013<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ]    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>07/27/2013 |
| 7. Chambers or Office Address<br><br>Daniel D. Crabtree<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, Missouri 64106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ]    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Stinson Morrison Hecker LLP (law firm) |
| 2. | Director (uncompensated) | Greater Kansas City Community Foundation (non-profit charitable foundation) |
| 3. | Director (uncompensated) | Kansas City Sports Commission (non-profit) |
| 4. | Director (uncompensated) | Providence Medical Center/St. John Hospital (non-profit hospitals) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ]    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Party to Partnership Agreement of Stinson Morrison Hecker LLP law firm (governs right to compensation for fees paid and capital contributed) |
| 2. | 2002 | 401(k) Plan of Stinson Morrison Hecker LLP law firm (governs right to contributions made to law firm's 401(k) plan) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Stinson Morrison Hecker LLP (partnership income from law firm) | $676,990.00 |
| 2. 2012 | Stinson Morrison Hecker LLP (partnership income from law firm) | $717,824.00 |
| 3. 2013 | Stinson Morrison Hecker LLP (partnership income from law firm) | $134,406.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed, attorney |
| 2. 2013 | Self-employed, attorney |
| 3. 2013 | Salary, employment by Unified Government of Wyandotte County/Kansas City, Kansas |
| 4. 2012 | Indpendent contractor, public television station KTWU (Topeka, Kansas) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Access Midstream Partners LP | A | Distribution | K | U | | | | | |
| 2. AG Mortgage Investment Trust (Reit) | A | Distribution | J | U | | | | | |
| 3. Breitburn Energy Partners LP | C | Distribution | K | U | | | | | |
| 4. Calamos Growth Fund | B | Distribution | K | U | | | | | |
| 5. Citigroup Inc. Com New | A | Dividend | J | U | | | | | |
| 6. Columbia Acorn Fund | A | Dividend | J | U | | | | | |
| 7. Eaton Vance Large-Cap Value Fund | A | Dividend | K | U | | | | | |
| 8. Eaton Vance Tax-Managed Growth Fund | A | Dividend | J | U | | | | | |
| 9. Energy Transfer Partners LP | A | Distribution | J | U | | | | | |
| 10. Fidelity Advisor New Insights Fund | A | Dividend | J | U | | | | | |
| 11. General Electric Co. | A | Dividend | J | U | | | | | |
| 12. Great Plains Energy Inc. | A | Dividend | J | U | | | | | |
| 13. Growth Fund of America | A | Dividend | K | U | | | | | |
| 14. Inergy LP Unit Limited Partnership Interests | A | Distribution | K | U | | | | | |
| 15. Inergy Midstream LP Unit Limited Partnership Interests | B | Distribution | K | U | | | | | |
| 16. Intel Corp | A | Dividend | J | U | | | | | |
| 17. Invesco American Franchise Fund | A | Dividend | K | U | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Invesco Charter Fund | A | Dividend | L | U | | | | | |
| 19. Invesco Global Small & Mid Cap Growth Fund | A | Dividend | K | U | | | | | |
| 20. Ivy Asset Strategy Fund | A | Dividend | K | U | | | | | |
| 21. Learning Quest Aggressive Track: Moderate Portfolio (529) | E | Dividend | M | U | | | | | |
| 22. Linn Energy LLC Unit Reptsty Ltd. Interests | B | Distribution | K | U | | | | | |
| 23. Penn West Petroleum Ltd | A | Dividend | J | U | | | | | |
| 24. Suburban Propane Partners LP Units | A | Distribution | J | U | | | | | |
| 25. Targa Resources Partners LP Units | B | Distribution | K | U | | | | | |
| 26. Vanguard Emerging Markets Stock Index Fund | A | Dividend | J | U | | | | | |
| 27. Vanguard Extended Market Index Fund | A | Dividend | J | U | | | | | |
| 28. Vanguard Global Equity Fund | B | Dividend | K | U | | | | | |
| 29. Vanguard Inflation-Protected Securities Fund | B | Dividend | K | U | | | | | |
| 30. Vanguard Institutional Index Fund | D | Dividend | O | U | | | | | |
| 31. Vanguard Life Strategy Growth Fund | D | Dividend | N | U | | | | | |
| 32. Vanguard Mid-Cap Fund Index | A | Dividend | K | U | | | | | |
| 33. Vanugard Natural Resources LLC | C | Distribution | K | U | | | | | |
| 34. Vanguard Pacific Stock Index Fund | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard PRIMECAP Core Fund | B | Dividend | L | U | | | | | |
| 36. Vanguard Short-Term Investment-Grade Fund | A | Dividend | J | U | | | | | |
| 37. Vanguard Small-Cap Index Fund | A | Dividend | K | U | | | | | |
| 38. Vanguard Value Index Fund | A | Dividend | K | U | | | | | |
| 39. Chesapeke Midstream Partners LP Unit | A | Distribution | | | | | | | |
| 40. Country Club Bank (cash accounts) | A | Interest | N | T | | | | | |
| 41. United Missouri Bank, n.a. (Health Savings Account) | A | Interest | J | T | | | | | |
| 42. US Bank (cash account) | | None | J | T | | | | | |
| 43. Stinson Morrison Hecker LLP (capital account) | D | Interest | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/05/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Daniel D. Crabtree**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 422 | 532 | Notes payable to banks-secured (auto) | | 26 | 513 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 835 | 605 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned -- personal residence | | 215 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 56 | 700 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Stinson Morrison Hecker LLP Capital Acct. | | 117 | 072 | | | | |
| Health Savings Account | | 9 | 074 | | | | |
| | | | | Total liabilities | | 26 | 513 |
| | | | | Net Worth | 2 | 629 | 470 |
| Total Assets | 2 | 655 | 983 | Total liabilities and net worth | 2 | 655 | 983 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |